1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   JAMES M. BURGESS, Cal. Bar No. 151018
3  jburgess@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
4  Los Angeles, California  90067-6017
   Telephone:  310-228-3700
5  Facsimile:   310-228-3701

6  Attorneys for Plaintiff,
   BENSON EQUITIES, LLC
7

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | BENSON EQUITIES, LLC, | Case No. CV11- 05002 CBM (DTBx) |
|---|---|---|
| 13 | Plaintiff, | **FINAL JUDGMENT** |
| 14 | v. | |
| 15 | KAILASH J. CHANDNANI, an individual DBA CAMINO REAL CLEANERS, | |
| 16 | | |
| 17 | Defendant. | |

W02-WEST:LJ5\403762040.1                    -1-

1  Based on all of the papers, and the parties' Stipulation for Entry of Judgment,
2  the Court hereby enters final judgment pursuant to the parties' stipulation.

4  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED
5  that judgment shall be entered in favor of plaintiff BENSON EQUITIES, LLC and against
6  defendant KAILASH J. CHANDNANI, in the amount of $450,000.  The clerk is ordered
7  to enter this final judgment forthwith.

9  DATED: November 03, 2011              _____
10                                        Judge, United States District Court